IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CUNINA AGARD,

     Plaintiff,                    No. 2:10-cv-0323-GEB-JFM -PS

     vs.

BRETT JUSTIN HILL, JENNILEE HILL, and DOES 1 to 10,

     Defendants.             <u>ORDER</u>

                                /

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On April 9, 2010, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed April 9, 2010, are adopted in full; and

2. The defendants' March 5, 2010 motion to dismiss be:

    A. Denied as to plaintiff's libel claim on the first two statements that plaintiff challenges as false and granted on the third statement that plaintiff challenges as false; and

    B. Denied as to plaintiff's intentional inference claim.

Dated: May 13, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge