IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CUNINA AGARD,

      Plaintiff,                        No. CIV 2-10-cv-0323-JFM (PS)

  vs.

BRETT JUSTIN HILL, JENNILEE
HILL, and DOES 1 to 10,

      Defendants.            <u>ORDER</u>

_____/

       A status conference was held in this matter on August 13, 2010. Cunina Agard appeared in pro per. Lawrence Hensley appeared for defendants. Upon consideration of the status reports on file in this action, discussion of counsel and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

       1. Discovery shall be completed by, and any motions pertaining to discovery shall be noticed to be heard by, November 1, 2010.

       2. Any law and motion shall be filed in time to be fully briefed and heard by November 11, 2010.

       3. Pretrial conference is set for December 9, 2010 at 1:30 p.m. in Courtroom #26. Pretrial statements shall be filed pursuant to Local Rule 16-281.

/////

1    4. A bench trial of this matter is set for February 7, 2011 at 9:00 a.m. in
2 Courtroom #26 before the undersigned.  The parties shall file trial briefs pursuant to Local Rule
3 16-285.
4    5. The parties shall inform the court by November 11, 2010 whether a settlement
5 conference is desired.
6 DATED: October 4, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

/014;agar0323.so

2