IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CUNINA AGARD,

        Plaintiff,                      No. CIV 2:10-cv-0323-JFM (PS)

    vs.

BRETT JUSTIN HILL, JENNILEE HILL, and DOES 1 to 10,

        Defendants.                 <u>ORDER</u>
_____/

        On October 4, 2010, this matter was reassigned to the undersigned based on the consent of the parties. Accordingly, IT IS HEREBY ORDERED that:

        1. The August 3, 2010 findings and recommendations are deemed an order; and

        2. Defendants' June 2, 2010 motion for summary judgment is granted in part and denied in part:

                a.     Denied as to plaintiff's libel claim;

                b.     Granted as to plaintiff's intentional interference claim.

DATED: October 26, 2010.

                                          UNITED STATES MAGISTRATE JUDGE

/014.agar0323.msj.supp

1